1
2
3
4
5
6
7
8

```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         MAR 2 3 2012

                    CENTRAL DISTRICT OF CALIFORNIA
                    EASTERN DIVISION      BY DEPUTY
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: *ED12-103-M* |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |
| *Bridgette Bradford,* | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of *Puerto Rico* for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

*nature of allegations, evidence presented (audiotapes,
investigative agents, sw, other + $$ transactions),
insufficient bail assurances, mental health history,
extensive criminal history.*

1

1  and/ or

2  B. [X]  The defendant has not met his/her burden of establishing by clear and

3  convincing evidence that he/she is not likely to pose a danger to the

4  safety of any other person or the community if released under 18 U.S.C. §

5  3142(b) or (c).  This finding is based on the following:

6  _____ *SAME* _____

7  _____

8  _____

9  _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: 3/23/12

15  HONORABLE OSWALD PARADA
United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28